NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-322


FAMILY FINANCIAL SERVICES, INC.

VERSUS

RON CEASAR


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
CITY COURT OF LAKE CHARLES,
PARISH OF CALCASIEU, NO. 99-3035
HONORABLE JOHN S. HOOD, PRESIDING

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOHN D. SAUNDERS
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Marc T. Amy, Elizabeth A. Pickett, Judges.

REMANDED.


RON CEASAR
P.O. BOX 715
Oberlin, LA  70655
In Proper Person

FIRST FAMILY FINANCIAL SERVICES
3204 Gerstner Memorial Dr.
Lake Charles, LA 70601